UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

KASPER KHEKMATIIAR,
Petitioner,
v.
JAMES JANECKA,
Respondent.

Case No. 5:26-cv-03725-SSC

JUDGMENT

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that the petition is dismissed without prejudice.

DATED: November 20, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE